(10 Misc. Rep. 272.)

### In re POPOFF.

(City Court of Brooklyn, General Term.    November 26, 1894.)

PUBLIC IMPROVEMENTS—ASSESSMENTS—CORRECTION OF ERRORS.

The board of assessors have power to correct errors in assessments only in the cases prescribed by the city charter (Laws 1888, p. 995); and mandamus will not lie to compel them to correct errors other than those enumerated.

Application by Matilda A. Popoff for a writ of mandamus. Argued before CLEMENT, C. J., and OSBORNE, J.

Sidney V. Lowell, for petitioner.
Albert G. McDonald, for respondent.

CLEMENT, C. J. By section 10 of title 10 of the revised charter of this city (Laws 1888, p. 995), the board of assessors have power to rectify an error in an assessment for a local improvement only in five cases, and the facts now before us do not come under either of such cases. The error of the assessors, if there was error, was not clerical, as in the case of People v. Wilson, 119 N. Y. 515, 23 N. E. 1064, where a similar clause in the charter of 1873 was construed by the court of appeals. A clerical error in an assessment roll is an error of form, not an error of the assessors in levying the assessment, nor an error of law. In re Hermance, 71 N. Y. 481. A mandamus will issue, in a proper case, to compel a public officer to perform his duty imposed by law, but it is never issued to compel the performance of an act which the law prohibits. It is clear that the

assessors can only correct errors where the section of the charter before referred to permits, and not otherwise. Order affirmed, with $10 costs and disbursements.